IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| MARKEYSHA JOHNSON §<br>§<br>*Plaintiff,* §<br>§<br>V. §<br>§<br>LONESTAR IT SOLUTIONS, LLC D/B/A §<br>TENANTBACKGROUNDSEARCH.COM §<br>§<br>*Defendant.* § | CIVIL ACTION NO. 1:22-CV-00174<br>JUDGE MICHAEL J. TRUNCALE |

## ORDER DISMISSING CASE WITHOUT PREJUDICE

Before the Court is Plaintiff's Notice of Dismissal Without Prejudice. [Dkt. 5]. The Plaintiff is seeking a dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). To the extent that the Plaintiff's dismissal is not yet in effect, the above-styled cause is dismissed without prejudice.

It is therefore **ORDERED** that the above matter is **DISMISSED WITHOUT PREJUDICE**, and the Parties shall bear their own attorneys' fees and costs.

It is further **ORDERED** that all Court dates and deadlines are hereby vacated, and all pending motions filed herein are **DENIED AS MOOT**.

**SIGNED this 3rd day of October, 2022.**

*Michael J. Truncale*
Michael J. Truncale
United States District Judge